COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| THN PHYSICIANS ASSOCIATION<br>D/B/A EL PASO PERINATOLOGY AND<br>FREDERICK E. HARLASS, M.D., | § <br><br> § | No. 08-15-00321-CV |
| | | Appeal from the |
| Appellants, | § | 448th District Court |
| v. | § | of El Paso County, Texas |
| MARIO A. TISCARENO AND<br>MICHELLE R. TISCARENO,<br>INDIVIDUALLY AND AS NEXT<br>FRIENDS FOR A.R.T., A MINOR, | § <br><br> § <br><br> § | (TC# 2014-DCV-2484) |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in that part of the trial court's order denying the motion to dismiss with regard to the claims concerning Appellee Michelle R. Tiscareno's injuries. We therefore affirm that part of the trial court's order. We conclude there was error in that part of the trial court's order denying the motion to dismiss with regard to the claims concerning Appellee A.R.T.'s injuries. We therefore reverse that part of the trial court's order and remand to the trial court for further proceedings in accordance with our opinion.

We further order that each party bear their own appellate costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF AUGUST, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.